UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FONG ON, INC.,

                     Plaintiff(s),

  -against-

FONG ON NYC, INC.; ET ANO.,

                     Defendant(s).
-------------------------------------------------------------X

Civil Action No. 1:18-cv-02300-VM

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                           s.s :
COUNTY OF NEW YORK  )

      MICHAEL KEATING, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC. at 116 Nassau Street, Suite 816, New York, New York 10038, is over the age of eighteen years and is not a party to the action.

      That on the 18th day of April 2018, at approximately 8:05 a.m., deponent served a true copy of the **Summons in a Civil Action; Complaint Jury Trial Demanded together with Judge's Rules and ECF Rules & Instructions** upon Fong on NYC Inc. at 46 Mott Street, New York, New York 10013 by personally delivering and leaving the same with "John Doe", the person apparently in charge of the business.

      "John Doe" is an olive-skinned Asian male, approximately 40-45 years of age, is approximately 5 feet and 7 inches tall, weighs approximately 160 pounds, with short black hair and brown eyes and was wearing a hat.

Sworn to before me this
23rd day of April, 2018

                                           MICHAEL KEATING #848345

**NOTARY PUBLIC, STATE OF NEW YORK**
**STEVEN MITCHELL**
Reg. No. 01-MI-6326046
Qualified in New York County
Commission expires June 08, 2019