Fong On, Inc.

                                   Plaintiff,

      -against-

Fong On NYC, Inc. and
Mott Bulwark, LLC

                                 Defendants.

**AFFIDAVIT OF SERVICE**
Civil Action No. 1:18-CV-02300-VM
Date Filed 4/19/2018

State of New York )
                  ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on May 2, 2018 at approximately 11:40 AM deponent served the following specific papers pursuant to Section 303 of the Limited Liability Company Law: Summons in a Civil Action and Complaint with Jury Demand, Exhibits, and Electronic Case Filing Rule and Instructions, that the party served was Mott Bulwark, LLC, a domestic limited liability company, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the New York State Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Nancy Dougherty, a white female with black hair, being approximately 56 years of age; height of 5'3", weight of 135 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                                          Mary M. Bonville

Sworn to before me this 2nd day of May, 2018

Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2018