UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X
FONG ON, INC.                            :
                                         :
            Plaintiff,                   :
                                         :
      v.                                 :
                                         :  Civil Action No. 1:18-cv-2300-VM
FONG ON NYC, INC.                        :
                                         :
            and                          :  **NOTICE OF APPEARANCE**
                                         :
MOTT BULWARK, LLC                        :
                                         :
            Defendants.                  :
---------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned attorney, Eric J. Shimanoff, of Cowan, Liebowitz & Latman, P.C., enters his appearance in the above-captioned matter as counsel for Defendant Mott Bulwark, LLC, and requests that all notices, pleadings, and orders entered in this matter be sent to the undersigned.

Dated:  May 18, 2018

                                                    Respectfully submitted,

                                                    COWAN, LIEBOWITZ & LATMAN, P.C.

                                                    By: /s/ Eric J. Shimanoff_____
                                                          Eric J. Shimanoff
                                                    114 West 47th Street
                                                    New York, New York 10036
                                                    (212) 790-9226

                                                    *Attorney for Defendant Mott Bulwark, LLC*