UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X
FONG ON, INC.                              :
                                           :
        Plaintiff,                        :
                                           :
        v.                                 :
                                           :  Civil Action No. 1:18-cv-2300-VM
FONG ON NYC, INC.                          :
                                           :
        and                                :  **NOTICE OF APPEARANCE**
                                           :
MOTT BULWARK, LLC                          :
                                           :
        Defendants.                        :
---------------------------------------------------X

     PLEASE TAKE NOTICE that the undersigned attorney, Ryan A. Ghiselli, of Cowan, Liebowitz & Latman, P.C., enters his appearance in the above-captioned matter as counsel for Defendant Mott Bulwark, LLC, and requests that all notices, pleadings, and orders entered in this matter be sent to the undersigned.

Dated:  May 18, 2018

                                     Respectfully submitted,

                                     COWAN, LIEBOWITZ & LATMAN, P.C.

                                     By: /s/Ryan A. Ghiselli_____
                                           Ryan A. Ghiselli
                                     114 West 47th Street
                                     New York, New York 10036
                                     (212) 790-9248

                                     *Attorney for Defendant Mott Bulwark, LLC*