UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
FONG ON, INC.

                      Plaintiff,

   - against -

FONG ON NYC, INC. et al.,

                      Defendants.
-------------------------------------------------------------- X

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/18

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

18-cv-2300 (VM)

     The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute: _____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion: _____

    All such motions: ___

**SO ORDERED.**

DATED:   New York, New York
                June 5, 2018

_____
VICTOR MARRERO
United States District Judge