UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FONG ON, INC.

                                Plaintiff,

      -against-

FONG ON NYC, INC. and MOTT BULWARK, LLC

                              Defendants.

------------------------------------------------------------------X

Case No.   1:18-cv-02300-VM

Hon. Victor Marrero

**RULE 7.1 STATEMENT
OF FONG ON NYC, INC.**

Defendant Fong On NYC, Inc., as and for its Disclosure Statement pursuant to F.R.C.P. 7.1, states as follows:

Fong On NYC, Inc. has no parent company, and no publicly held company owns 10% or more of Fong On NYC, Inc.

Dated: New York, New York
          June 22, 2018

Respectfully submitted,

By: ___/s/ Alozie Etufugh_____
Alozie Etufugh, Esq. (AE4073672)
ane@etufughlaw.com
Law Offices of Alozie N. Etufugh, PLLC
200 Park Avenue, Suite 1700
New York, New York 10166
Phone: (212) 309-8723

*Attorneys for Defendant Fong On NYC, Inc.*