Eric J. Shimanoff
Ryan A. Ghiselli
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, New York 10036

*Attorneys for Defendant/Counterclaimant*
*Mott Bulwark, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FONG ON, INC.,<br><br>                     Plaintiff,<br><br>     v.<br><br>FONG ON NYC, INC. and<br>MOTT BULWARK, LLC,<br><br>                     Defendant. | Civ. No. 1:18-cv-02300-VM<br><br>**Rule 7.1 Disclosure** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant/Counterclaimant Mott Bulwark, LLC represents that Mott Bulwark, LLC has no parent corporation. No publicly held corporation owns more than 10% of its stock.

Dated:   New York, New York
         June 22, 2018

                                        COWAN, LIEBOWITZ & LATMAN, P.C.


                                        By:   ___/s/ Ryan A. Ghiselli_____
                                              Eric J. Shimanoff
                                              Ryan A. Ghiselli
                                        114 West 47th Street
                                        New York, New York 10036
                                        (212) 790-9248
                                        *Attorneys for Defendant/Counterclaimant*
                                        *Mott Bulwark, LLC*

31559/000/2464404