

# COWAN LIEBOWITZ LATMAN

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

Ryan A. Ghiselli
(212) 790-9248
ryg@cll.com

August 14, 2018

**Via Fax**

Hon. Victor Marrero
United States District Court, Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/18
```

Re: <u>Fong On, Inc. v. Fong On NYC, Inc. et al., 1:18-cv-02300-VM</u>

Hon. Victor Marrero:

My firm represents defendant and counterclaimant Mott Bulwark, LLC ("Mott Bulwark") in connection with the above-captioned matter. We write in response to the August 10, 2018 letter from plaintiff and counterclaim-defendant Fong On, Inc. ("Fong On"), in which Fong On requests a pre-motion conference with the Court to discuss the appropriateness of Fong On's filing of a motion to dismiss Mott Bulwark's counterclaims.

As more fully described in Mott Bulwark's July 19, 2018 letter (Dkt. No. 28), Mott Bulwark objects to Fong On's filing of a motion to dismiss. No substantive basis exists to grant Fong On's proposed motion, and in any event, this Court advised the parties during a June 5, 2018 initial conference not to file motions to dismiss in the absence of discovery. To the extent Fong On is granted leave to file a motion to dismiss, Mott Bulwark respectfully requests leave to file a motion for dismissal under Fed. R. Civ. P. 12(c) to dismiss insufficiently pled claims asserted by Fong On.

Sincerely,

Ryan A. Ghiselli

cc:  Hon. Victor Marrero (via fax)
     All counsel of record (via e-mail)

31559/000/2490130

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by *defendant Mott Bulwark, LLC*.

**SO ORDERED.**

8-14-18
DATE

VICTOR MARRERO. U.S.D.J.