UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FONG ON, INC.,

        Plaintiff,

-against-

FONG ON NYC, INC., et al.,

        Defendants.

18-CV-2300 (VM) (BCM)

**ORDER SCHEDULING TELEPHONIC CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

A continued settlement conference is scheduled before Judge Moses on **September 6, 2018, at 10:15 a.m.** The conference will be held telephonically. Counsel for the parties are directed to call (212) 805-0228 at the time of the conference, with all attorneys on one line. The parties themselves need not attend.

Dated: New York, New York
       September 5, 2018

SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge