

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

Ryan A. Ghiselli
(212) 790-9248
ryg@cll.com

October 2, 2018

USDC SDNY
...
...CALLY FILED
10/3/18

**Via Fax**

Hon. Victor Marrero
United States District Court, Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007

      Re:    <u>Fong On, Inc. v. Fong On NYC, Inc. et al., 1:18-cv-02300-VM</u>
            <u>Confidential Settlement Letter</u>

Hon. Victor Marrero:

      My firm represents defendant and counterclaimant Mott Bulwark, LLC ("Mott Bulwark") in connection with the above-captioned matter. We write to request a 30-day extension of the deadline set forth in this Court's September 6, 2018 Conditional Order of Discontinuance Without Prejudice for the parties to submit a stipulation of dismissal or for plaintiff to apply for restoration of the above-captioned action.

      The current deadline for the parties to submit a stipulation of dismissal or for plaintiff to apply for restoration of this action is October 6, 2018. The parties are negotiating the terms of a settlement agreement and a consent judgment and hereby request a 30-day extension until November 5, 2018 to allow them to finalize both the agreement and the judgment.

      Counsel for Fong On, Inc. and Fong On NYC, Inc. have consented to this request. No prior requests have been made.

Respectfully submitted,

Ryan A. Ghiselli

cc:    All counsel of record (via e-mail)



Request GRANTED. The Conditional Order of Discontinuance herein is amended to extend until 11-5-18 the date by which plaintiff may restore the action to the Court's active calendar.

SO ORDERED.

10-3-18
DATE

VICTOR MARRERO, U.S.D.J.